# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:     Chapter 13

LINDA  TENUTO     Bankruptcy No. 21-12861-MDC

2534 S MOLE STREET

PHILADELPHIA, PA 19145

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LINDA  TENUTO

    2534 S MOLE STREET

    PHILADELPHIA, PA 19145

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 11/30/2021     /s/ Kenneth E. West

                                                  _____
                                                  Kenneth E. West, Esquire
                                                  Chapter 13 Standing Trustee