Certificate Number: 12433-PAE-DE-036186418

Bankruptcy Case Number: 21-12861



12433-PAE-DE-036186418

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2021, at 3:46 o'clock AM EST, Linda Tenuto completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 7, 2021          By:    /s/Lisa Susoev

                                  Name:  Lisa Susoev

                                  Title: Teacher